JS-6

JOHNSON & PHAM, LLP
Christopher D. Johnson, SBN: 222698
   E-mail: cjohnson@johnsonpham.com
Christopher Q. Pham, SBN: 206697
   E-mail: cpham@johnsonpham.com
Marcus F. Chaney, SBN: 245227
   E-mail: mchaney@johnsonpham.com
6355 Topanga Canyon Boulevard, Suite 115
Woodland Hills, California 91367
Telephone: (818) 888-7540
Facsimile: (818) 888-7544

Attorneys for Plaintiff
PRODUCT PARTNERS, LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRODUCT PARTNERS, LLC, a California Limited Liability Company, <br><br> Plaintiff, <br><br> vs. <br><br> AARON WATTS, an Individual, and Does 1-10, Inclusive, <br><br> Defendants. | Case No.: CV09-05958 GAF (SSx) <br><br> [PROPOSED] JUDGMENT |

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED:**

Plaintiff Product Partners, LLC ("Plaintiff"), is hereby awarded injunctive relief and statutory damages, costs, and attorneys' fees on its claims for relief against Defendant Aaron Watts ("Defendant") for a final Judgment in the total amount of $153,321.63.

- 1 -
[PROPOSED] JUDGMENT

Defendant is ordered to pay Plaintiff $150,000.00 in statutory damages under the Copyright Act, $2,400.00 in attorneys' fees, $921.63 in costs of suit, and is permanently enjoined and restrained from infringing upon Plaintiff's "P90X" mark by way of the following activities and conduct as follows:

    a. Defendant is enjoined and permanently restrained from manufacturing, advertising, distributing, offering for sale, selling, whether directly or indirectly, counterfeit P90X extreme home fitness products and any other DVDs of any kind bearing Plaintiff's "P90X" mark or names that are confusingly similar to the trademarks, trade names, designs or logos of Plaintiff;

    b. Defendant is enjoined and permanently restrained from using Plaintiff's "P90X" mark or any copy, reproduction, or colorable imitation, or confusingly similar simulation of Plaintiff's "P90X" mark on or in connection with the promotion, advertising, distribution, manufacture or sale of Defendant's goods;

    c. Defendant is ordered to cancel, withdraw and recall all his promotions, advertisements and merchandise bearing Plaintiff's "P90X" mark or any confusingly similar simulation to Plaintiff's "P90X" mark, which have been published, placed or shipped by Defendant or under Defendant's authority, to any person, entity, or customer, including, without limitation, any publisher, agency, wholesaler, distributor, retailer, consignor or marketer, and also

/ / /

/ / /

/ / /

1  deliver to each publisher or customer a copy of this Court's order as it
2  relates to said injunctive relief against Defendant.
3
4  **IT IS SO ORDERED:**
5  Dated: November ~~16~~ 23, 2009
6
7  B: *[signature: Gary Feess]*
8  JUDGE GARY ALLEN FEESS
   U.S. DISTRICT JUDGE

- 3 -
[~~PROPOSED~~] JUDGMENT